John Austin Perkins III, 37402-511
FCI ALLENWOOD MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
WHITE DEER, PA 17887

RECEIVED 2025 JUL 18 P 1:16 U.S. COURT OF APPEALS FOURTH CIRCUIT

SB

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 7, 2025

No. 25-4220
(3:24-cr-00019-GMG-RWT-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN AUSTIN PERKINS, III

    Defendant - Appellant

## ANDERS NOTICE

NOTICE TO APPELLANT: John Perkins

PRO SE SUPPLEMENTAL BRIEF DUE: 08/06/2025

Your attorney has filed a brief on your behalf pursuant to <u>Anders v. California</u>, <u>386 U.S. 738</u> (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Shari A Batchleor, Deputy Clerk
804-916-2702

Copies:   Ms. Eleanor F. Hurney
OFFICE OF THE UNITED STATES ATTORNEY
217 West King Street
Suite 400
Martinsburg, WV 25401-0000

Ms. Tracy Weese
P. O. Box 3254
Shepherdstown, WV 25443-0000

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

OFFICIAL BUSINESS

RICHMOND VA RPDC 230

8 JUL 2025 PM 5 L

FIRST-CLASS

US POSTAGE Pitney Bowes

ZIP 23219
02 7W
0008036003 JUL 08 2025

$ 000.69

RECEIVED
U.S. MARSHALS

NIXIE        231    DC 1              0007/12/25
        RETURN TO SENDER
              VACANT
        UNABLE TO FORWARD

BC: 23219214499       *1850-01738-08-42

23219>2144

USCA4 Appeal: 25-4220    Doc: 21    Filed: 0